## EXHIBIT A DOE LIST

**Doe # 1**                  **IP Address:** 24.160.247.59 2007-03-13 07:22:44 EDT

**Doe # 2**                  **IP Address:** 24.25.233.163 2007-03-13 10:14:18 EDT

**Doe # 3**                  **IP Address:** 24.93.30.121 2007-03-13 04:12:16 EDT

**Doe # 4**                  **IP Address:** 66.25.12.162 2007-03-13 04:14:04 EDT

**Doe # 5**                  **IP Address:** 67.8.138.210 2007-03-09 11:04:55 EST

**Doe # 6**                  **IP Address:** 67.8.26.30 2007-03-09 11:11:09 EST

**Doe # 7**                  **IP Address:** 72.135.231.106 2007-03-12 18:12:15 EDT

**Doe # 8**                  **IP Address:** 72.185.166.92 2007-03-12 07:03:41 EDT

**Doe # 9**                  **IP Address:** 72.186.213.24 2007-03-13 09:04:29 EDT

**Doe # 10**                 **IP Address:** 72.188.229.224 2007-03-12 18:06:27 EDT

## EXHIBIT A

**IP Address:** 24.160.247.59 2007-03-13 07:22:44 EDT          **CASE ID#** 121626735

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 64

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Tori Amos | Cornflake Girl | Under the Pink | 185-391 |
| SONY BMG MUSIC ENTERTAINMENT | Fiona Apple | Criminal | Tidal | 227-923 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Drive | Make Yourself | 278-818 |
| Warner Bros. Records Inc. | Fleetwood Mac | You Make Loving Fun | Rumours | N39857 |
| UMG Recordings, Inc. | Tonic | You Wanted More | Sugar | 273-919 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Brilliant Disguise | Tunnel of Love | 87-116 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Nice to Know You | Morning View | 306-181 |
| Warner Bros. Records Inc. | Fleetwood Mac | Storms | Tusk | 12-873 |
| UMG Recordings, Inc. | Tears For Fears | Sowing The Seeds Of Love | Seeds Of Love | 294-677 |

**EXHIBIT A**

**IP Address:** 24.25.233.163 2007-03-13 10:14:18 EDT               **CASE ID#** 121648795

**P2P Network:** GnutellaUS                                          **Total Audio Files:** 1273

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Poison | Something To Believe In | Flesh and Blood | 119-355 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| Arista Records LLC | LFO | Girl on TV | LFO | 306-981 |
| BMG Music | Foo Fighters | Learn To Fly | There Is Nothing Left To Lose | 285-034 |
| BMG Music | Mario | Just a Friend | Mario | 318-136 |
| Warner Bros. Records Inc. | Rod Stewart | First Cut Is the Deepest | If We Fall In Love Tonight | 229-785 |
| UMG Recordings, Inc. | 98 Degrees | This Gift | This Christmas | 271-013 |
| Interscope Records | Eminem | Hailie's Song | Eminem Show | 317-924 |
| Lava Records LLC | Kid Rock | Cowboy | Devil Without A Cause | 204-532 |

**EXHIBIT A**

**IP Address:** 24.93.30.121 2007-03-13 04:12:16 EDT                **CASE ID#** 121607202

**P2P Network:** GnutellaUS                **Total Audio Files:** 163

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| Capitol Records, Inc. | Blondie | One Way Or Another | Parallel Lines | 4-090 |
| Arista Records LLC | Whitney Houston | All The Man That I Need | I'm Your Baby Tonight | 137-024 |
| Arista Records LLC | Whitney Houston | My Love Is Your Love | My Love is Your Love | 298-453 |
| Arista Records LLC | Whitney Houston | Didn't We Almost Have It All | Whitney | 89-966 |
| Arista Records LLC | Whitney Houston | Saving All My Love For You | Whitney Houston | 60-716 |
| Priority Records LLC | Snoop Dogg | Lay Low | Tha Last Meal | 317-638 |
| Warner Bros. Records Inc. | Prince | Little Red Corvette | 1999 | 41-035 |
| UMG Recordings, Inc. | The Cranberries | Zombie | No Need To Argue | 218-047 |
| Arista Records LLC | Whitney Houston | I Will Always Love You | Bodyguard Soundtrack | 152-583 |

## EXHIBIT A

**IP Address:** 66.25.12.162 2007-03-13 04:14:04 EDT                    **CASE ID#** 121607451

**P2P Network:** GnutellaUS                                             **Total Audio Files:** 362

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Aeroplane | One Hot Minute | 243-059 |
| Arista Records LLC | Brad Paisley | I'm Gonna Miss Her | Part II | 298-930 |
| Arista Records LLC | Brooks & Dunn | Lost And Found | Brand New Man | 140-290 |
| Arista Records LLC | Brooks & Dunn | She's Not The Cheatin' Kind | Waitin on Sundown | 202-210 |
| Capitol Records, Inc. | Kenny Rogers | Coward of the County | Kenny | 12-147 |
| BMG Music | Waylon Jennings | Are You Sure Hank Done It This Way | Are You Sure Hank Done It This Way | 141-777 |
| Warner Bros. Records Inc. | George Jones | Choices | Cold Hard Truth | 178-893 |
| Capitol Records, Inc. | Chris LeDoux | Life Is a Highway | One Road Man | 260-057 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | By The Way | By The Way | 316-878 |

## EXHIBIT A

**IP Address:** 67.8.138.210 2007-03-09 11:04:55 EST                    **CASE ID#** 121183148

**P2P Network:** GnutellaUS                    **Total Audio Files:** 420

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Poison | Fallen Angel | Open Up & Say....Ahh! | 93-741 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Alive | Ten | 137-787 |
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Killing in the Name | Rage Against the Machine | 152-061 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| Arista Records LLC | Brooks & Dunn | Only in America | Steers & Stripes | 294-305 |
| Arista Records LLC | Brooks & Dunn | Days Of Thunder | The Greatest Hits Collection | 242-907 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Daughter | Vs. | 207-219 |
| SONY BMG MUSIC ENTERTAINMENT | Judas Priest | Breaking the Law | British Steel | 20-171 |
| UMG Recordings, Inc. | Beastie Boys | Brass Monkey | Licensed To Ill | 79-470 |

**EXHIBIT A**

**IP Address:** 67.8.26.30 2007-03-09 11:11:09 EST          **CASE ID#** 121182834

**P2P Network:** GnutellaUS          **Total Audio Files:** 1025

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Radiohead | Creep | Pablo Honey | 190-976 |
| UMG Recordings, Inc. | Guns N Roses | My Michelle | Appetite for Destruction | 85-358 |
| UMG Recordings, Inc. | Guns N Roses | November Rain | Use Your Illusion I | 134-647 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Californication | Californication | 174-922 |
| Warner Bros. Records Inc. | Van Halen | You Really Got Me | Van Halen | 239 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |
| UMG Recordings, Inc. | U2 | Sunday Bloody Sunday | War | 42-944 |
| Virgin Records America, Inc. | Ben Harper | Burn One Down | Fight For Your Mind | 210-135 |
| SONY BMG MUSIC ENTERTAINMENT | Judas Priest | Breaking the Law | British Steel | 20-171 |
| UMG Recordings, Inc. | Vanessa Carlton | A Thousand Miles | Be Not Nobody | 313-943 |

# EXHIBIT A

**IP Address:**  72.135.231.106 2007-03-12 18:12:15 EDT                    **CASE ID#**  121554045

**P2P Network:**  GnutellaUS                                                                **Total Audio Files:** 2087

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Radiohead | Creep | Pablo Honey | 190-976 |
| Warner Bros. Records Inc. | Green Day | Minority | Warning | 288-352 |
| Interscope Records | No Doubt | Just A Girl | Tragic Kingdom | 206-724 |
| Motown Record Company, L.P. | Marvin Gaye | Let's Get It On | Let's Get It On (Single) | N7555 |
| Virgin Records America, Inc. | Spice Girls | Say You'll Be There | Spice | 201-276 |
| Virgin Records America, Inc. | Spice Girls | Stop | Spiceworld | 261-523 |
| BMG Music | Tyrese | Just a Baby Boy | 2000 Watts | 293-345 |
| UMG Recordings, Inc. | Tom Petty | Free Fallin' | Full Moon Fever | 103-541 |
| Capitol Records, Inc. | Bob Seger | Fire Lake | Against The Wind | 17-910 |
| SONY BMG MUSIC ENTERTAINMENT | Willie Nelson | Seven Spanish Angels | Half Nelson | 79-710 |

**EXHIBIT A**

**IP Address:** 72.185.166.92 2007-03-12 07:03:41 EDT          **CASE ID#** 121497198

**P2P Network:** GnutellaUS                                                    **Total Audio Files:** 343

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Bad Religion | American Jesus | Recipe for Hate | 172-147 |
| Atlantic Recording Corporation | Bad Religion | Don't Sell Me Short | The New America | 284-353 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Alive | Ten | 137-787 |
| UMG Recordings, Inc. | U2 | One | Achtung Baby | 139-599 |
| UMG Recordings, Inc. | U2 | Beautiful Day | All That You Can't Leave Behind | 294-631 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |
| Maverick Recording Company | Michelle Branch | Everywhere | The Spirit Room | 303-732 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | I Miss You | Make Yourself | 278-818 |
| UMG Recordings, Inc. | Scorpions | Still Loving You | Love At First Sting | 54-748 |
| UMG Recordings, Inc. | The Cranberries | Zombie | No Need To Argue | 218-047 |

**EXHIBIT A**

**IP Address:** 72.186.213.24 2007-03-13 09:04:29 EDT          **CASE ID#** 121635873

**P2P Network:** GnutellaUS                                          **Total Audio Files:** 180

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Genesis | I Can't Dance | We Can't Dance | 172-581 |
| Atlantic Recording Corporation | Phil Collins | Another Day In Paradise | But Seriously | 110-770 |
| Motown Record Company, L.P. | Brian McKnight | Back At One | Back At One | 279-471 |
| LaFace Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| UMG Recordings, Inc. | Nelly | Country Grammer | Country Grammar | 281-782 |
| UMG Recordings, Inc. | Brian McKnight | Anytime | Anytime | 242-274 |
| SONY BMG MUSIC ENTERTAINMENT | Jessica Simpson | I Wanna Love You Forever | Sweet Kisses | 276-117 |
| Atlantic Recording Corporation | Craig David | 7 Days | Born To Do It | 303-747 |
| UMG Recordings, Inc. | Mary J. Blige & Ja Rule | Rainy Dayz | No More Drama | 304-591 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | If You Had My Love | J. To Tha L-O!: | 309-337 |

**EXHIBIT A**

**IP Address:** 72.188.229.224 2007-03-12 18:06:27 EDT                **CASE ID#** 121553031

**P2P Network:** GnutellaUS                                          **Total Audio Files:** 100

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | Who Will Save Your Soul | Pieces of You | 198-481 |
| Capitol Records, Inc. | Pink Floyd | Another Brick in the Wall, Pt. 2 | The Wall | 14-787 |
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Easily | Californication | 174-922 |
| Motown Record Company, L.P. | Lionel Richie | Stuck on You | Can't Slow Down | 49-235 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Drive | Make Yourself | 278-818 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |
| UMG Recordings, Inc. | Sheryl Crow | Strong Enough | Tuesday Night Music Club | 209-823 |
| Interscope Records | Puddle of Mudd | Blurry | Come Clean | 301-465 |