*CROTTY, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __NOV 1 6 2007__

--------------------------------------------------------------- x

MAVERICK RECORDING COMPANY, a
California joint venture; INTERSCOPE RECORDS,
a California general partnership; ARISTA
RECORDS LLC, a Delaware limited liability
company; WARNER BROS. RECORDS INC., a
Delaware corporation; LAVA RECORDS LLC, a
Delaware limited liability company; ELEKTRA
ENTERTAINMENT GROUP INC., a Delaware
corporation; VIRGIN RECORDS AMERICA, INC.,
a California corporation; CAPITOL RECORDS,
INC., a Delaware corporation; ATLANTIC
RECORDING CORPORATION, a Delaware
corporation; BMG MUSIC, a New York general
partnership; MOTOWN RECORD COMPANY,
L.P., a California limited partnership; UMG
RECORDINGS, INC., a Delaware corporation;
SONY BMG MUSIC ENTERTAINMENT, a
Delaware general partnership; PRIORITY
RECORDS LLC, a California limited liability
company; and LAFACE RECORDS LLC, a
Delaware limited liability company,

                    Plaintiffs,

            -against-

DOES 1-10,

                    Defendant.

--------------------------------------------------------------- x

: Civil Action No.: 1:07-cv-3100-PAC

: Filed Electronically

: **NOTICE OF DISMISSAL WITHOUT
: PREJUDICE**

        Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs MAVERICK RECORDING CO., *et al.*,

by and through their attorneys, voluntarily dismiss without prejudice their copyright

infringement claims against Defendant Does 1-10, each party to bear its/their own fees and costs.

The Clerk of Court is respectfully requested to close this case.

Dated: New York, New York
       November 14, 2007

ROBINSON & COLE LLP
Attorneys for Plaintiffs

By:

Brian E. Moran (BM-8573)
Richard J. Guida (RG-5147)
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Facsimile: (212) 451-2999

SO ORDERED: 11/16/07

U.S.D.J.

2